**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**RANDY G. VIBROCK, JR., individually and as
personal representative of Randy G. Vibrock, deceased**            **PLAINTIFF**

**V.**            **CAUSE NO.: 1:08CV102-SA-JAD**

**PEERLESS CONVEYOR &
MANUFACTURING CORPORATION AND
TENN-TOM RUBBER & BELTING COMPANY**            **DEFENDANTS**

## ORDER ON MOTION TO REMAND

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1)  the Plaintiff's Motion to Remand [23] is GRANTED;

(2)  this case is hereby REMANDED to the Lowndes County Circuit Court; and

(3)  this case is CLOSED.

All memoranda, depositions, declarations and other materials considered by the court in ruling on this motion are hereby incorporated into and made a part of the record in this action.

SO ORDERED, this the 23rd day of March, 2009.

                                                                 **/s/ Sharion Aycock
                                                                 U.S. DISTRICT JUDGE**